UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MIKE KEAN,

        Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No.  26-cv-04313-RMI

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO REDACT PLAINTIFF'S NAME**

Re: Dkt. No. 5

Plaintiff has filed a Motion requesting that Plaintiff's full name be replaced with Plaintiff's first and last initial "in all instances where Plaintiff's name would otherwise appear in the parties' motions, pleadings and any other filings in this case." (Pl.'s Mot., Dkt. 5, at 4.) Plaintiff cites to the recommendation of the Judicial Conference from May 1, 2018. This recommendation suggests a practice of "using only the first name and last initial of any non-government parties in the opinions in [Social Security] cases" while acknowledging that "docket sheets and other case documents available on PACER would still allow a determined member of the public to . . . identify the associated party." The court follows this practice and will redact Plaintiff's full name from the opinion but not from other orders, and the court will allow the parties to use their discretion in redacting Plaintiff's name from other filings. Accordingly, the Motion is GRANTED in part and DENIED in part.

    **IT IS SO ORDERED.**

Dated: May 13, 2026

United States District Court
Northern District of California

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California