CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Executive Counsel for Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M. KEAN,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | CIVIL NO. 3:26-cv-04313-JSC<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR; [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

Upon receipt of the court order, the Appeals Council will again direct the Administrative Law Judge to:

- Take any steps necessary to fully develop the administrative record;
- Offer the claimant an opportunity for a hearing;

- Further evaluate the medical opinions;
- Further evaluate the claimant's alleged symptoms;
- Reevaluate the residual functional capacity;
- Obtain supplemental vocational evidence, if warranted, and issue a new decision.

Dated: October 29, 2026

By: */s/ Owen Hill*
OWEN HILL
(as authorized by email)
Attorney for Plaintiff

Dated: October 29, 2026

CRAIG H. MISSAKIAN
United States Attorney

MATHEW W. PILE
Executive Counsel for Program Litigation 1

By: /s/ *Erin Highland*
ERIN HIGHLAND
Special Assistant U.S. Attorney
Social Security Administration
Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE: October 30, 2026

Jacqueline Scott Corley
THE HONORABLE JACQUELINE SCOTT CORLEY
United States District Judge